# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

DEMICKO BILLIE THOMAS,

    Petitioner,

v.

MAGGIE MILLER-STOUT,

    Respondent.

CASE NO. C11-2186 RSM-BAT

BRIEFING SCHEDULE

Petitioner has indicated his intent to proceed with his original habeas petition. Dkt. 86. Accordingly, it is **ORDERED**:

1. Respondent's answer is due on **June 8, 2017**. The answer will be treated in accordance with LCR 7. Accordingly, on the face of the answer, Respondent shall note it for consideration on the fourth Friday after filing. Petitioner's response and Respondent's reply shall be filed as set forth in LCR 7(d).

2. The Clerk shall send a copy of this Order to counsel for the parties.

Dated this 8th day of May, 2017.

                                            BRIAN A. TSUCHIDA
                                            United States Magistrate Judge