UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEMICKO BILLIE THOMAS,<br><br>             Petitioner,<br><br>   v.<br><br>MAGGIE MILLER-STOUT,<br><br>             Respondent. | CASE NO. C11-2186 RSM-BAT<br><br>AMENDED BRIEFING SCHEDULE |

Respondent filed her answer to the original habeas petition and submitted the relevant state court record on May 8, 2017. Dkts. 88 and 89. The answer is noted for June 2, 2017. Accordingly, it is **ORDERED**:

    1.    Petitioner's response shall be filed by **May 29, 2017** and Respondent's reply, if any, shall be filed by **June 2, 2017**.

    2.    The Clerk shall **re-note** the habeas petition for **June 2, 2017** and send a copy of this Order to counsel for the parties.

Dated this 9th day of May, 2017.

                                                     BRIAN A. TSUCHIDA
                                                   United States Magistrate Judge