UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEMICKO BILLIE THOMAS,<br><br>Petitioner,<br><br>v.<br><br>MAGGIE MILLER-STOUT<br><br>Respondent. | CASE NO. C11-2186RSM<br><br>MINUTE ORDER STRIKING MOTION TO WITHDRAW OBJECTIONS |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

On July 11, 2017, the Honorable Brian A. Tsuchida issued a Report and Recommendation in the matter for consideration by the Undersigned. Dkt. #93. Petitioner then filed Objections, through counsel, and the government filed a Response to those Objections. Dkts. #94 and #95.

On August 11, 2017, Petitioner filed a *pro se* Motion to Withdraw Objections and For Leave to File an Overlength Amended Objections. Dkts. #96 and #97. At this time, Petitioner remains represented by counsel. Accordingly, Mr. Thomas is unable to act on his own behalf unless or until he makes a motion to proceed on his own behalf and such motion is granted.[1] Local Civil Rule 83.2(b)(4). As a result, the Court STRIKES Petitioner's pending motion (Dkt. #96).

---

[1] Petitioner notes that he currently wishes to proceed with the guidance of counsel, but is prepared to proceed *pro se* if necessary. Dkt. #97 at ¶ 5.

MINUTE ORDER
PAGE - 1

The Court notes, however, that Petitioner's counsel has moved for an extension of time for the noting date of this habeas petition in order to discuss with their client whether he does indeed desire to move forward *pro se*. Dkt. #98. The Court will grant that motion in a separate Order. Accordingly, should petitioner's counsel ultimately withdraw from representation, nothing in this Order precludes Petitioner from renewing his Motion to Withdraw his Objections at that time. Until then, all filings made on behalf of Petitioner in this matter (with the exception of a motion to proceed *pro se*) must be made through his current counsel.

DATED this 15 day of August, 2017.

WILLIAM McCOOL, Clerk

By: /s/ Rhonda Stiles
Deputy Clerk