1
2
3
4
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
5
AT SEATTLE
6
DEMICKO BILLIE THOMAS,                )   No. C11-2186 RSM
7                                      )
                     Petitioner,       )
8                                      )   ORDER GRANTING MOTION TO
        v.                             )   EXTEND NOTING DATE
9                                      )
                                       )
10  MAGGIE MILLER-STOUT,               )
                                       )
11                   Respondent.       )
    _____)
12
        The Court has considered Demicko Thomas's motion to extend the noting date
13
    and all the records and files in this case.
14
        IT IS NOW ORDERED that the second amended petition for writ of habeas
15
    corpus be renoted for consideration on September 26, 2017, so that counsel may discuss
16
    with their client his rights to proceed pro se and to amend his objections to the Report
17
    and Recommendation.
18
        DATED this 16th day of August 2017.
19
20
21
                                    RICARDO S. MARTINEZ
                                    CHIEF UNITED STATES DISTRICT JUDGE
22
    Presented by:
23
    s/ Vicki Lai
24  s/ Corey Endo
    Assistant Federal Public Defenders
25  Attorneys for Demicko Thomas
26

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100