# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

DEMICKO BILLIE THOMAS,

    Petitioner,

    v.

MAGGIE MILLER-STOUT

    Respondent.

CASE NO. C11-2186RSM

MINUTE ORDER GRANTING IN PART REQUEST FOR OVERLENGTH OBJECTIONS

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

On July 11, 2017, the Honorable Brian A. Tsuchida issued a Report and Recommendation in this matter. Dkt. #93. The R&R is 38 pages in length. Petitioner subsequently moved to file overlength Objections. Dkt. #101. The Court granted his request in part, allowing him to file a 20-page Objections. Dkt. #102. Petitioner has now moved again for permission to file an overlength Objections, asserting that he requires 65 pages. Dkt. #103.

The Court has reviewed the motion and its supporting Declaration and hereby ORDERS that Petitioner's motion (Dkt. #102) is GRANTED IN PART. Petitioner shall be allowed to file Objections in the same length as the R&R. Accordingly, **those Objections shall be no longer than 38-pages in length. The Court will not entertain any further requests for overlength Objections.**

MINUTE ORDER
PAGE - 1

DATED this 19th day of October, 2017.

                                      WILLIAM McCOOL, Clerk

                              By:    /s/ Paula McNabb
                                      Deputy Clerk

MINUTE ORDER
PAGE - 2