UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

|  |  |  |
|---|---|---|
| DEMICKO BILLIE THOMAS, | ) | CASE NO. C11-2186 RSM |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER GRANTING IN PART REQUEST |
| v. | ) | FOR EXTENSION OF TIME |
| | ) | |
| MAGGIE MILLER-STOUT | ) | |
| | ) | |
| Respondent. | ) | |

On July 11, 2017, the Honorable Brian A. Tsuchida issued a Report and Recommendation in this matter. Dkt. #93. The R&R is 38 pages in length. Petitioner subsequently moved to file overlength Objections. Dkt. #101. The Court granted his request in part, allowing him to file a 20-page Objections. Dkt. #102. Petitioner then moved again for permission to file an overlength Objections, asserting that he required 65 pages. Dkt. #103. The Court granted that request in part, limiting any Objections to 38 pages in length, and informed Petitioner that it would not entertain any further requests for overlength Objections. Dkt. #104.

Despite that directive, Petitioner has moved once again for permission to file an overlength brief, now seeking 51 pages. Dkt. #105. Petitioner also asks that if the Court deny his request, he be allowed to file his Objections on November 27, 2017, in order to allow him time to condense his arguments from 51 pages to 38 pages. Dkt. #106.

The Court has reviewed the motion and its supporting Declaration and hereby ORDERS:

ORDER
PAGE - 1

1.  Petitioner's motion for extension of time (Dkt. #105) is GRANTED IN PART and DENIED IN PART.

2.  Petitioner shall **not** be allowed to file Objections of 51 pages in length, and continues to be subject to the Court's prior Order that his **Objections shall be no longer than 38-pages in length. The Court will not entertain any further requests for overlength Objections. Should Petitioner make such a motion again, he may be subject to sanctions.**

3.  Petitioner **shall be** permitted up to November 27, 2017, to file his Objections, despite the fact that Petitioner himself has caused some delay in this case by ignoring the mandatory filing procedures through the Prisoner E-Filing System and instead has filed his motion by mail. *See* Docket.

4.  The pending R&R shall remain noted for December 1, 2017.

5.  Any Amended Objections filed by Petitioner shall be noted for consideration twenty-one (21) days from the date the Objections are filed, and the government shall make any Reply no later than the noting date. The government will have up to 18 overlength pages if necessary.

DATED this 3rd day of November 2017.


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE