UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEMICKO BILLIE THOMAS, | CASE NO. C11-2186RSM |
| Petitioner, | |
| v. | MINUTE ORDER GRANTING EXTENSION OF TIME AND RENOTING OBJECTIONS |
| MAGGIE MILLER-STOUT | |
| Respondent. | |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

On December 22, 2017, Petitioner filed a Motion for Extension of Time to Consider Habeas Petition. Dkt. #112. In that motion, Petitioner asks the Court to re-note his pending Objections for consideration on February 9, 2018, so that the Ninth Circuit Court of Appeals can consider an Emergency Motion that he has also filed. *Id.* and Dkt. #113. The Court, having reviewed Petitioner's briefing, will GRANT the motion (Dk. #112). Accordingly, Petitioner's Objections shall be RENOTED for consideration on February 9, 2018.

All briefing deadlines have passed. Therefore, there shall be no further briefing by either party with respect to the pending Report and Recommendation or Petitioner's Objections.

///

///

MINUTE ORDER
PAGE - 1

DATED this 2nd day of January, 2018.

                              WILLIAM McCOOL, Clerk

                              By:    /s/ Paula McNabb
                                        Deputy Clerk