UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEMICKO BILLIE THOMAS, | CASE NO. C11-2186RSM |
| Petitioner, | |
| v. | MINUTE ORDER STRIKING MOTION FOR EXTENSION OF TIME AS MOOT |
| MAGGIE MILLER-STOUT | |
| Respondent. | |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

On January 2, 2018, this Court granted Petitioner's Motion for Extension of Time to Consider Habeas Petition (Dkt. #112) and re-noted his pending Objections and the related habeas petition for consideration on February 9, 2018. Dkt. #114. It appears Petitioner has since filed a second motion requesting the same relief. Dkt. #115. Because the relief Petitioner seeks has already been granted, the Court now STRIKES Petitioner's pending motion for extension of time (Dkt. #115) AS MOOT.

DATED this 3rd day of January, 2018.

WILLIAM McCOOL, Clerk

By:   /s/ Paula McNabb
       Deputy Clerk

MINUTE ORDER
PAGE - 1