# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DEMICKO BILLIE THOMAS,<br><br>Petitioner,<br><br>v.<br><br>MAGGIE MILLER-STOUT,<br><br>Respondent. | Case No. C11-2186RSM<br><br>ORDER DIRECTING CLERK TO IDENTIFY PRO BONO COUNSEL |

THIS MATTER comes before the Court upon Order from the Ninth Circuit Court of Appeals. Dkt. #127. On June 18, 2018, the Court of Appeals granted Petitioner's motion to appoint counsel, and directed the "appointing authority" in this Court to locate appointed counsel. *Id*. Accordingly, the Clerk is DIRECTED to identify counsel from the Pro Bono Panel to represent Petitioner in his habeas proceedings before the Ninth Circuit Court of Appeals. Once identified, this Court shall appoint the selected attorney to represent the Petitioner. The Court shall then send notification of the name, address, and telephone number of appointed counsel to the Clerk of this court at counselappointments@ca9.uscourts.gov within 14 days of appointing counsel.

DATED this 19 day of June 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 1